JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIA BARRETO CAPANNI,<br><br>             Petitioner,<br><br>     v.<br><br>ELISEO RICOLCOL,<br><br>             Respondent. | Case No. 5:23-cv-01718-FLA (SSCx)<br><br>**ORDER OF JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ORDERED that this action is dismissed without prejudice for Petitioner's failure to prosecute and comply with court orders and the Local Rules.

Dated: March 1, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge